UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TERESA TAVARE
on behalf of himself or herself and
all other similarly situated consumers

                               Plaintiff,

                                            NOTICE OF DISCONTINUANCE

                                            Case# 18cv2674

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC

                               Defendant

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

Dated: Nassau, New York
        July 23, 2018

So Ordered;

/s/ USDJ ERIC N. VITALIANO
Dated: 8/1/18

The Clerk is directed to close this case.

/S Jacob Silver

**Jacob Silver**
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 797-4141 – Fax